

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2018

No. 04-18-00356-CV

**MICHELIN NORTH AMERICA, INC.,**
Appellant

v.

Roberto **GARZA** and Lizeth Garza,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-448
Honorable John Longoria, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellant has filed a motion for extension of time to file its brief, requesting an additional thirty days. Appellant's motion is GRANTED. Appellant's brief is due August 15, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court